IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TINIKI COTTRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-301 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

The Court **GRANTS** Defendants' motion to stay discovery, (doc. no. 24), to which Plaintiff filed no opposition.  The Court **STAYS** all discovery deadlines, to include holding the planning conference and then submitting the requisite discovery plan under Fed. R. Civ. P. 26(f) and Loc. R. 26.1, pending a ruling on the motions to compel arbitration, (doc. nos. 18, 19).  Should the presiding District Judge deny the motions, the parties shall confer and submit a Rule 26(f) Report, with proposed case deadlines, within seven days of the ruling.  In the event the presiding District Judge, in his ruling on the pending motions, provides further instructions to the parties that justifies continuation of the stay, the parties shall inform the undersigned to that effect in a joint status report to be filed within seven days of that ruling.

SO ORDERED this 10th day of June, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA